UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DESHAWN L. DAVIS, | Case No. CV 17-3903-DDP(AJW) |
| Petitioner, | |
| v. | JUDGMENT |
| THE PEOPLE OF THE STATE OF CALIFORNIA, | |
| Respondent. | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed with prejudice.

Dated: September 13, 2017

_____
Dean D. Pregerson
United States District Judge